

YOUR NAME: BRUCE DERRICK CALHOUN — DISABLED AIR FORCE VETERAN — SUPPORT OUR TROOPS
YOUR ADDRESS: 970 SEACOAST DR. APT. 23, IMPERIAL BEACH, CA 91932
YOUR TELEPHONE NUMBER: (619) 572-0707

10 MAR 11 PM 2:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MTB  DEPUTY

'10 CV 0522 BEN   JMA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

BRUCE DERRICK CALHOUN
DISABLED AIR FORCE VETERAN
-v-
SAN DIEGO COUNTY AND ALL OF IT'S CORRUPT PARTNERS CALCO WILLIAM V. GALLO, THOMAS J. WHELAN, IRMA E. GONZALEZ, BARBARA LYNN MAJOR, FINANCIAL SUPERVISOR,

Case No. _____ (To be assigned at time of filing)

GREYHOUND, U.S. TREASURY DEPARTMENT, CHASE BANK, SOCIAL SECURITY, LOUISA S. PORTER, BENCIVEGO, LARRY ALLEN BURNS, JEFFREY T. MILLER, -ORANGE COUNTY CALIFORNIA- DANA M. SABRAW, NICK JONES, CHRISTINE A. WRIGHT

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

THESE DEFENDANTS ATTEMPTED TO MURDER ME TODAY, 11 MARCH 2010, THURSDAY, @ 10:35 AM WITH F.B.I. WATCHING!!

$700 MILLION DOLLARS PLEASE. -SUPPORT OUR TROOPS-
.7 BILLION DOLLARS OR A BEACH HOUSE AND A BUGATTI TODAY 11 MARCH THURSDAY 2010.

EDWARD J. SCHWARTZ FEDERAL BUILDING, EDWARD J. SCHWARTZ FEDERAL COURT HOUSE - COURT ROOM "F", DISTRICT COURT - SOUTHERN DISTRICT OF CALIFORNIA - OFFICE OF THE CLERK - 880 FRONT STREET - ROOM 4290 - SAN DIEGO - CALIFORNIA 92101-8900, UNITED NATIONS NEW YORK - NEW YORK, FBI, OSI, CIA, NSA, JUSTICE DEPARTMENT - 5TH FLOOR - 880 FRONT STREET - SAN DIEGO - CALIFORNIA 92101-8900, MTS, OTAY MESA CONDO RENTAL - 970 SEACOAST DR. APT # 23 - IMPERIAL BEACH - CA 91932, JACKIE PALMER, HANN'S PALMER, DIANE WALKER, SAN DIEGO COUNTY SHERIFF DEPARTMENT, UCSD, SDSU, USD, CITY COLLEGE, SEA WORLD, TOYOTA, WALMART, WARREN BUFFET, BILL GATES, DELL COMPUTERS, IBM, UNITED AIRLINES, PORT OF SAN DIEGO, SPAWAR, RE/MAX, SYMBOLIC MOTOR CAR COMPANY

ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

# Government Direct Deposit Information

## CUSTOMER INFORMATION

Name: BRUCE DERRICK CALHOUN

Social Security Number: 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

Street Address: 970 SEACOAST DR APT 23

City, State, and Zip: IMPERIAL BEACH   CA   91932-2402

Telephone: (760) 746-4474

Representative Payee:   Yes   X No

Type Of Benefit: SOC_SECURITY

Deposit to:   X Checking   Savings

Routing/Transit Number: 322271627

Account Number: 4214461454

## BANKER INFORMATION

Name: MARIA PEREZ

Standard ID: Z143274

Telephone Number: (619) 615-0600

E-mail Address: maria.perez.143274@chase.com

Cost Center: 741084

*Kelly Nguyen*

Handwritten annotations:
- U.S. TREASURY DEPARTMENT
- (619) 575-0707
- 365 MURDER ATTEMPTS F.B.I. WATCHED
- CHASE BANK — Front and Broadway, San Diego, CA 92101-8900
- SOCIAL SECURITY — Front and Broadway, San Diego, CA 92101-8900
- $154.63
- THEY RETURNED $154.63 FRIDAY 6 MARCH 2010 THEY ADMITTED GUILT THEY DID NOT PAY $600 MILLION DOLLARS IRMA E. GONZALEZ CHIEF JUDGE !!!

*[Handwritten annotations throughout page: "FIASCO!!", "ATTEMPTED MURDER TODAY THURSDAY 11 MARCH 2010", "365 MURDER ATTEMPTS", "880 FRONT STREET, ROOM 4290, SAN DIEGO, CA 92101-8900", "WITH THE F.B.I. WATCHING", "ORANGE COUNTY CALIFORNIA JURISDICTION", "FAKE FRAUDULENT FALSIFIED DOCUMENT"]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| BRUCE DERRICK CALHOUN, | CASE NO: 10-CV-271 W (WVG) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **[DOC. 4] AND MOTION FOR APPOINTMENT OF COUNSEL [DOC. 2]** |
| v. | |
| SAN DIEGO COUNTY, et al., | |
| Defendants. | |

On February 4, 2010, Plaintiff Bruce Derrick Calhoun filed this RICO lawsuit naming numerous defendants. Along with the Complaint, Plaintiff has filed the pending motion to proceed *in forma pauperis* ("IFP") and motion for appointment of counsel. The Court decides the matter on the papers submitted. For the reasons outlined below, the Court **DENIES** the IFP motion (Doc. 4) and motion for appointment of counsel (Doc. 2).

## I. IFP MOTION.

All parties instituting a federal district court civil action, suit or proceeding must pay a filing fee. 28 U.S.C. § 1914(a). A plaintiff, however, may be relieved of the filing-fee obligation if granted leave to proceed IFP under 28 U.S.C. § 1915(a).

- 1 -                                    10cv0271w



*[handwritten annotation: ORANGE COUNTY CALIFORNIA JURISDICTION]*

1  The determination of whether a plaintiff is indigent, and thus unable to pay the filing
2  fee falls within the district court's discretion. <u>California Men's Colony v. Rowland</u>, 939
3  F.2d 854, 858 (9th Cir. 1991), *reversed on other grounds*, 506 U.S. 194 (1993) ("Section 1915
4  typically requires the reviewing court to exercise its sound discretion in determining
5  whether the affiant has satisfied the statute's requirement of indigency."). It is well-settled
6  that a party need not be completely destitute to proceed IFP. <u>Adkins v. E.I. DuPont de
7  Nemours & Co.</u>, 335 U.S. 331, 339-40 (1948). To satisfy the requirements of 28 U.S.C. §
8  1915(a), "an affidavit [of poverty] is sufficient which states that one cannot because of his
9  poverty pay or give security for costs . . . and still be able to provide himself and
10 dependents with the necessities of life." <u>Id.</u> at 339. At the same time, however, "the same
11 even-handed care must be employed to assure that federal funds are not squandered to
12 underwrite, at public expense, . . . the remonstrances of a suitor who is financially able, in
13 whole or in material part, to pull his own oar." <u>Temple v. Ellerthorpe</u>, 586 F.Supp. 848,
14 850 (D.R.I. 1984).

15  Here, Plaintiff has submitted an uncompleted and unsigned IFP motion.
16 Accordingly, Plaintiff has not satisfied his burden of demonstrating that he is entitled to
17 IFP status.

18 **II.   CONCLUSION & ORDER.**

19  For the foregoing reason, the Court **DENIES** Plaintiff's IFP motion (Doc. 4), and
20 **DENIES AS MOOT** the motion to appoint counsel (Doc. 2). To have this case
21 reinstated, Plaintiff must (1) pay the $350 filing fee, or (2) file a fully-completed motion to
22 proceed IFP.

23 **IT IS SO ORDERED.** *[handwritten: BY ORANGE COUNTY CALIFORNIA COURT]*

25 DATED: February 25, 2010

27 Hon. Thomas J. Whelan
   United States District Judge

-2-                                                                10cv0271w

*[handwritten: FAKE-FRAUDULENT-FALSIFIED DOCUMENT]*





*365 M...*
*ATTEMPTS*
*FBI WATCH*

```
            FACTORY 2U #63
              880 PALM AVE
           IMPERIAL BEACH, CA 91932
********* WWW.FACTORY2-U.COM *********
       619 423-5964 03-09-10 S00631 R001

17 OZ STD BED PILLOW              2.99
 000005418496
  ENGLISH 3PC SET                 5.99
 000005672043
 ASST SOLID POLO                  1.99
 000006391510
 ASST SOLID POLO                  1.99
 000006391510
 M LONG SLEEVE TEES               1.00
 000005695911
 SUEDE L/S HENLEY                 3.00
 000006111405
 BLTD TWILL CARGO PNT             7.99
 000005930938
 BLTD TWILL CARGO PNT             9.99
 000005930896
 TWILL CARGO PANT                 7.99
 000006223010
 TWILL CARGO PANT                 5.99
 000006280200

 SUB TOTAL            DLR        48.92
 SUB TOTAL            PSO       623.73
 SALES TAX (8.750%)   DLR         4.28
 TOTAL                DLR        53.20
 TOTAL                PSO       678.30
 AMOUNT TENDERED
 CASH                 DLR       100.00

 TOTAL PAYMENT        DLR       100.00
 TOTAL PAYMENT        PSO      1275.00
 CHANGE**             DLR        46.80
 CHANGE               PSO       596.70
****************************************
EXCHANGES 30 DAYS W/RECEIPT NO REFUNDS
 Thanks for shopping at F2-U Stores!
    Please visit our other locations
 DLR 1 = PSO 12.75
 #150369 03-09-10 11:39A irma
```





*ATTEMPTED* *MURDER* *FBI* *WATCHED* (handwritten annotations)

```
           71 HORTON PLZ
          SAN DIEGO, CA 92101
              619.231.9135

  REG#01 TRAN#7322 CSHR#832860 STR#9903

  ExtraCare Card #: *********687A

     PALMER CHOC C 2Z
  1 @ 2/   4.00              2.00F

  1 SNICKERS MINI 1.5Z        .99F
  1 RD/BK SC BL B 9142      14.99F
  1 HALLMARK EAST ASST       3.99T

  4 ITEMS
       SUBTOTAL             21.97
       CA 8.75% TAX           .35
       TOTAL                22.32
       CASH                 23.00
       CHANGE                 .68


         2509 9030 C697 3220 14
  RETURNS WITH RECEIPT THRU 06/09/2010
    MARCH 10, 2010            7:30 PM

    EARN 2% BACK ON ALMOST EVERYTHING
   IN THE STORE AND ON CVS.COM WHEN YOU
         USE YOUR EXTRACARE CARD.

  THANK YOU. SHOP 24 HOURS AT CVS.COM

  ExtraCare Card balances as of 03/07

  WINTER 2010 SPENDING:           68.78

  This Week's
  Extra Buck Offers:           Balance:

  Candy, Spend 10 Get 3 EB
   Amount Toward this Reward     15.98
   Amount Needed to Earn Reward  10.00

  *********************************
```



```
  Don't forget, you have until March
     15th to earn Double Bucks on
  qualifying Prescriptions and CVS
   Brand purchases. You'll receive
  your Double Bucks, along with your
  Quarterly Bucks Rewards, beginning
   April 1st! See store for details.

  *********************************
```



*365 murder attempts FBI watched* (handwritten annotation)



**More saving.
More doing.**

950 DENNERY ROAD
SAN DIEGO, CA 92154 (619)428-8662

1034  00001  44832   03/09/10  07:06 PM
CASHIER JACQUELINE - JCM6949

081492163015 OV DR VALET <A>        1.99
048834711112 VIGORO #1 <A>          3.33

                 SUBTOTAL            5.32
                 SALES TAX           0.47
                 TOTAL              $5.79
                 CASH                6.00
                 CHANGE DUE          0.21

```
1034 01 44832 03/09/2010
```

       RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
    A    1      90         06/07/2010

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
              DETAILS.

         GUARANTEED LOW PRICES
         LOOK FOR HUNDREDS OF
         LOWER PRICES STOREWIDE
*******************************************

       ENTER FOR A CHANCE
       TO WIN A $5,000
       HOME DEPOT GIFT
             CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

         www.homedepot.com/opinion

       ¡PARTICIPE EN UNA
   OPORTUNIDAD DE GANAR
        UNA TARJETA DE
        REGALO DE THD
         DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

         www.homedepot.com/opinion

              User ID:
             90987 89954

              Password:
             10159 89953

Entries must be entered by 04/08/2010.
Entrants must be 18 or older to enter.
See complete rules on website. No
         purchase necessary.

**FRAUDULENT - FALSIFIES - DOCUMENT - EVIDENCE!**

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
- ORANGE
- SAN DIEGO

(b) County of Residence of First Listed Plaintiff: **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number):
DISABLED AIR FORCE VETERAN BRUCE DERRICK CALHOUN
970 SEACOAST DR. APT #23 AND APT #6
IMPERIAL BEACH, CA 91932

## DEFENDANTS
FILED - ORANGE
10 MAR 11 PM 2:51
- SAN DIEGO

County of Residence of First Listed Defendant: **SAN DIEGO**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): '10 CV 0522 BEN JMA
CORRUPT DEPUTY CR
COMPLAINT CR

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)
U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
470 Racketeer Influenced and Corrupt Organizations (circled)

## V. ORIGIN
[X] Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
**470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATION - RICO - 18**
Brief description of cause:
**ATTEMPT MURDER BY YOU WHILE FBI WATCHES - CIA - OSI**

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
MAJOR
DEMAND $ 700 MILLION / .7 BILLION DOLLARS
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY:
GALLO; WHELAN; BARBARA LYNN MAJOR - LALLY ALLEN BURNS - 10 CV 04 ITEC BEN
JUDGE IRMA E. GONZALEZ JEFFRY MILLER
SABRAW - BENITEZ
DOCKET NUMBER 10 CV 271 W WVG
LOUISA S. PORTER 10 CV 0434 DMS WVG

DATE: 11 MARCH 2010 THURSDAY 1220 HRS
SIGNATURE OF ATTORNEY OF RECORD: BRUCE DERRICK CALHOUN

**CORRUPT**
**FOR OFFICE USE ONLY**
RECEIPT # ___  AMOUNT .7 BILLION  APPLYING IFP CORRUPT  JUDGE CORRUPT  MAG. JUDGE CORRUPT

11 MARCH 2010
THURSDAY
1230 HRS

CR

-COAST GUARD
-NATIONAL GUARD
-RESERVE